AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California


FILED
NOV 0 5 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 5:18-mj-00073-JLT |
| | ) |
| JULIAN BURMADO | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 7 - September 5, 2018  in the county of  Kern  in the  Eastern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(a)(1)(A) | Dealing, Importing and Manufacturing Firearms Without a License |

This criminal complaint is based on these facts:
See Affidavit attached hereto and incorporated herein by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Anderson, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/5/18

_____
*Judge's signature*

City and state:  Bakersfield, CA

Jennifer L. Thurston, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Eric A. Anderson, state as follows:

## I. AFFIANT'S TRAINING AND EXPERIENCE

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since July 2014. I am currently assigned to the ATF Fresno Field Office. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. As part of my duties, I investigate criminal violations relating to firearms possession and trafficking offenses, as well as other federal offenses involving firearms. I have participated in all aspects of criminal investigations, including, but not limited to; interviews, physical surveillance, the execution of search warrants, and the arrest of criminals.

2. I have personally investigated and/or assisted other agents and officers in their investigations of cases involving violations of Title 18, United States Code, Section 922(a)(1)(A), Dealing Firearms Without a License, and other firearms offenses. I am familiar with, and have participated in, conventional investigative methods, including, but not limited to, electronic surveillance, visual surveillance, the use of GPS/E-911 data, questioning of witnesses, search warrants, confidential informants, pen registers, and trap and trace. Through my training and experience, I am familiar with the various methods used by individuals to obtain, manufacture and distribute firearms in violation of federal law. I have also become familiar with the habits of individuals who are not licensed to sell firearms to others but do engage in the sale of firearms to others. Specifically, these individuals often sell firearms that are homemade, they deal in cash and they will often sell multiple firearms in one transaction.

## II. PURPOSE OF AFFIDAVIT

3. This Affidavit is in support of an arrest warrant for Julian BURMADO (hereinafter referred to as "BURMADO") for a violation of Title 18, United States Code, Section 922(a)(1)(A), dealing firearms without a license.

4. I have personally participated in the investigation set forth below. I am familiar with the

COMPLAINT AFFIDAVIT

1

facts and circumstances of the investigation through my personal participation, from discussions with other ATF agents and other law enforcement officers, from my review of records and reports relating to the investigation, and from debriefings of an ATF confidential informant. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another agent, law enforcement officer or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Based on this familiarity and other information I have reviewed and determined to be reliable, I declare that the facts contained in this affidavit show that there is probable cause that the target subject has engaged in the unlawful dealing of firearms without of license.

4. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all information known to me and other law enforcement investigators. Rather, this affidavit serves to establish probable cause for the arrest of the target subject.

### III. PROBABLE CAUSE

5. **Summary:** In June 2018, ATF began investigating Julian BURMADO after receiving information that he is an unlicensed firearm dealer and manufacturer who is selling firearms in the Bakersfield, California area. Between June 7 and September 5, 2018, an ATF Confidential Informant (CI)[1] purchased 15 firearms from Julian BURMADO in Bakersfield, California.

---

[1] CI has been an ATF informant for three months and provides information in exchange for monetary compensation. The CI's information has proven reliable. The CI has provided reliable information in cases for the Bakersfield Police Department. CI has no felony convictions.

COMPLAINT AFFIDAVIT

2

BURMADO represented to the CI that he manufactured the firearms and sells them for profit. Agents observed that the firearms purchased have characteristics that are consistent with homemade firearms. BURMADO does not have a federal license to sell firearms.

### A. Background of Investigation

6. On or about March 19, 2018, an individual, who later became an ATF Confidential Informant (CI), posted a handgun for sale on a Bakersfield area online message board. The individual was in lawful possession of the handgun. In response to the post, the individual began communicating online with an individual named "Julian." "Julian," later identified as Julian BURMANDO (herein "BURMADO") texted[2] the CI asking if the CI was interested in trading for an AR 15. BURMADO sent a picture collage of five (5) AR-15 style firearms to the CI, and texted that the middle firearm was sold. The CI responded that he/she needed a pistol, and BURMADO said one of the firearms was an AR pistol.

7. Based on my training and experience, when BURMADO texted the CI "any trades" and "AR-15", I interpret those messages to mean BURMADO was inquiring if the CI was interested in trading the Sig Sauer pistol for an AR-style rifle, which is consistent with the pictures BURMADO provided. Also, based on my training and experience, when BURMADO sent the CI the picture collage with the word "sold" on the top right AR style firearm and telling the CI the middle one was sold, I interpret those two items to mean BURMADO was in the business of selling firearms to other people.

8. On June 7, 2018, the CI initiated a series of text messages with BURMADO:

```
CI:        A
CI:        U still got the ars
BURMADO:   Yea
CI:        No transfer
BURMADO:   U got cash or trade
CI:        Do I gtta do transfer or u gt em off streets
```

---

[2] The term "text" is used herein to refer to both SMS and MMS (multimedia message, such as a picture) messages.

COMPLAINT AFFIDAVIT

3

9. In response to the CI's text, BURMADO provided a telephone number. The CI and BURMADO had a phone conversation, which was not recorded.[3]

10. Based on my training and experience, when the CI asked BURMADO "no transfer," I interpret that to mean the firearm sale will be completed without the use of a Federal Firearms Licensee. From training and experience, I know that the State of California requires any private party transfer of firearms, either by trade, gift or exchange for cash, to be completed through a licensed firearms dealer. When BURMADO stated "U got cash or trade," I interpret that to mean BURMADO was asking how the CI was going to pay for the firearms. When the CI stated, "Do I gtta do a transfer or u get em off streets" I interpret that to mean the CI is asking if the firearms transfer is going to be completed person to person and not through a licensed gun dealer.

11. On or about June 19, 2018, the CI arranged to purchase an AR-15 style firearm from BURMADO. On June 19, 2018, the CI and BURMADO communicated via text:

    BURMADO: Tomorrow or today?
    CI:      Tomorrow
    BURMADO: Yea that works bro
    CI:      Light send the addy ill call you b4 I come to mke sire u there u said 800
    BURMADO: Yea 800 hit me up when u ready I'll meet you somewhere cause I got other stuff I gotta do downtown anywy
    CI:      Ok vro fasho

12. Based on my training and experience, when BURMADO stated "Yea 800 hit me up when u ready I'll meet you somewhere cause I got other stuff I gotta do downtown anywy", I interpret that to mean BURMADO was selling the AR-15 style rifle for $800 cash. Further, I believe BURMADO was instructing the CI that they could meet at a convenient location when he texted "hit me up when u ready I'll meet you somewhere cause I got other stuff I gotta do downtown anywy".

13. The CI and BURMANDO agreed to meet on June 20, 2018 to complete the exchange.

---

[3]The CI was not equipped with a recording device.

COMPLAINT AFFIDAVIT

4

Prior to the meeting, the CI and the CI vehicle were searched with negative results for contraband. The CI then met BURMADO at a location in Bakersfield, California. Upon meeting, BURMADO asked whether the CI was "a cop." During the meeting, the CI paid BURMADO $800.00 in prerecorded ATF funds for an AR-15 style rifle and one AR-15 compatible style magazine from Julian BURMADO. After making the exchange, the CI asked when BURMADO expected to have more firearms made. BURMADO answered, "I'm actually working on one right now. I'll send you a picture tonight if I finish it tonight. It'll be a shorter one." BURMADO also told the CI "pretty much I always keep them in stock, . . . pretty much I always have two. But right now I don't know what happened, just got rollin', a lotta fools wanted them." Following the controlled purchase, the CI transferred the firearm to ATF SA Eric Anderson. The CI and the CI vehicle were searched for contraband with negative results.

14. Following the June 20 controlled purchase, the CI was provided a photograph from a social media account used by a male named Julian BURMADO. The CI positively identified the male in the photograph as the person with whom he met on June 20 and from whom he purchased the firearm and magazine. The CI stated that the male introduced himself as "Julian".

**B.  July 5, 2018 Firearms Transaction**

15. On June 21, 2018, the CI and BURMADO exchanged a series of text messages:

    CI:             A bro u still gt tht pic
    BURMADO:        For which one
    CI:             The short one you said you had
    BURMADO:        Did u get it
    CI:             (received MMS of an AR style pistol)

16. Based on my training and experience, when the CI stated "the short one you said you had" the CI was talking about an AR-15 style rifle with a barrel length less than the 16 inches. From my education, training, and experience, I know that a rifle with a barrel length of less than 16 inches and an overall length of less than 26 inches must be registered in accordance with the

National Firearms Act of 1934[4] and that it is unlawful to transfer such a firearm unless the seller has paid the necessary transfer fee.

17. Between June 22 and July 5, 2018, the CI and BURMADO communicated to arrange a firearms deal. On June 22, 2018, the CI via text asked BURMADO whether he could make two (2) short-barrel rifles, and BURMADO said he can "make something happen . . . I'll convert the one I already have and also one coming in and I'll make it happen."

18. Based on my training and experience, when BURMADO stated "I'll convert the one I already have and also one coming in and I'll make it happen" I interpret that to mean BURMADO was going to use the AR-15 style rifles he had in his possession and manufacture them into short-barrel rifles.

19. On June 25, 2018, BURMADO texted a picture to the CI. The following text messages were exchanged:

    CI:       If I got 2 ar's could.u do a deal
    BURMADO:  Yea I'll bo both for 1550 both with 30 mag each
    BURMADO:  For both it's 1650 I'm knocking off 100 if you take them both
    CI:       Ok im wain fr the oics to come in at wrk ma signal fckn sucks, u said you build em huh
    BURMADO:  Yea

20. Based on my training and experience, when BURMADO stated "Yea I'll bo both for 1550 both with 30 mag each" I interpret that to mean BURMADO is willing to give the CI a discount for buying two firearms at a time. This was verified when BUMADO stated "For both it's 1650 I'm knocking off 100 if you take them both". When the CI stated "u said you build em huh" the CI was asking BURMADO if he manufactured the AR-15 style rifles. BURMADO replied "Yea".

21. On June 28, 2018, SA Eric Anderson queried the Firearms Licensing System (FLS) center and determined Julian BURMADO is not licensed to sell firearms.

---

[4] The National Firearms Act of 1934 requires certain firearms that do not meet specifications to be registered in the National Firearms Registry and Transfer Record (NFRTR)

COMPLAINT AFFIDAVIT

6

22. The CI and BURMADO communicated between June 28 and July 4. The deal was arranged for July 5, 2018. On July 5, 2018, the CI and BURMADO agreed to meet at a location in Bakersfield, California. Prior to the controlled purchase, the CI and the CI vehicle were searched for contraband with negative results. The CI subsequently met with BURMADO and paid $1900.00 in prerecorded ATF funds for two complete AR-15 style lower receivers[5] with shoulder-fired weapon configuration[6], serial numbers unknown; one complete AR-15 upper receiver[7] with barrel length 8 ¾ inch; one complete AR-15 upper receiver with barrel length 10 ¼ inch; and two compatible magazines. During the meeting, BURMADO gave the CI instructions on how to assemble the upper and lower receivers. Following the controlled purchase, the CI transferred the firearms to ATF SA Eric Anderson. The CI and the CI vehicle were again searched for contraband with negative results.

### C. July 26, 2018 Firearms Transaction

23. Between July 17 and July 26, 2018, the CI and BURMADO were in communication. The CI arranged to purchase three (3) firearms from BURMADO. The CI and BURMADO agreed complete the transaction on July 26, 2018. The CI and BURMADO met on July 26 at a location in Bakersfield, California. The CI paid BURMADO $2900.00 in prerecorded ATF funds for three complete AR-15 style lower receivers, configured as shoulder fired weapons, serial numbers unknown; two complete AR-15 style upper receivers with a barrel length of 9 inches; one complete AR-15 style upper receiver with a barrel length of 16 inches; one 40-round AR-15 compatible magazine; and two 30 round AR-15 compatible magazines. Prior to the controlled purchase, the CI and the CI vehicle were searched for contraband with negative

---

[5] "Complete lower receiver" means all components that go inside the cavities of the lower receiver.
[6] "Shoulder fired configuration" means as built the item is designed to be fired from the shoulder.
[7] "Complete upper receiver" means all components that go inside the cavities and attach to the upper receiver.

COMPLAINT AFFIDAVIT

7

results. During the transaction, BURMADO inquired of the CI, "Hey I wanted to ask you a question though, because for next time the because damn I can see that me and you we got shit to do you know what I mean. So, let me ask you this which ones do you like more you like you see I got one of these it does not fold or nothing it adjusts you just gotta adjust that bolt." Based upon my training and experience, I interpret this question as BURMADO gathering information on what his customer, the CI, likes so that BURMADO can ensure repeat business by having available the type of firearms the CI prefers. Following the controlled purchase, ATF SA Eric Anderson took custody of the evidence. The CI and the CI vehicle were searched for contraband with negative results.

### D. August 16, 2018 Firearms Transaction

24. On August 15, 2018, the CI received a phone call from Julian BURMADO[8] during which BURMADO offered to sell the CI four (4) firearms for Nine Hundred Dollars ($900) each.[9] During the conversation, BURMADO offered to give the CI a discount, and he described a plan for exchanging firearms during future deals:

CI: Did you send me the prices on them?
BURMADO: I said nine a piece.
CI: Thirty six.
BURMADO: Yea but since you are going to get all four I might knock off a hundred, because damn it, I like the way you and me work bro and I want to keep it going.
CI: Okay for thirty five okay.
BURMADO: And hey check it, this is what I'm going to run to Walmart right now. I'm going to buy like a plastic bin, not a big one, like a little black plastic bin and I'll put like bubble wrap in there and I'll set them all up in there.
CI: Okay.
BURMADO: That way when we get there you take the whole bin. Yea I'm going to buy

---

[8] On July 21, 2017, an order authorizing the installation and use of a pen register and trap and trace device was entered by the Honorable Jennifer Thurston, United States Magistrate Judge, in case number 5:18-sw-00046-JLT. SA Anderson confirmed an incoming call from BURMADO to the CI on August 15, 2018.

[9] The conversation was recorded.

COMPLAINT AFFIDAVIT
8

```
                    two bins. So you take the whole bin and next time I'll take you the other
                    bin and you just give me the empty one back and that way we will just be
                    swapping out bins and we don't have to be there a whole lot of time trading
                    duffle bags you know.
CI:                 Yea cause the duffle bag kind of looks suspicious.
BURMADO:            Yea so you get a plastic bin a dark one like a dark green that is not see
                    through you know. We open it up and you see what's inside and pack it up
                    take it with you.
CI:                 That's cool with me.
BURMADO:            I'm going to get two of them like I said and that way the next time we'll
                    just swap bins.
CI:                 Yea we can swap the empty one for the full one.
BURMADO:            Yea, it makes is faster and easier for both of us
CI:                 Tomorrow around two or three.
BURMADO:            You name it brother whatever you want we'll do it.
```

25. The CI and BURMADO agreed to meet on August 16, 2018, to make the exchange. Prior to the controlled purchase, the CI and the CI vehicle were searched for contraband with negative results. The CI subsequently met with BURMADO at a location in Bakersfield, California. The CI paid BURMADO $3500.00 in prerecorded ATF funds and received a plastic bin containing two complete AR-15 style receivers, shoulder fired weapon configuration, serial numbers unknown; two AR-15 style receivers, pistol configuration, serial numbers unknown; one complete AR-15 upper receiver with barrel length of 11 1/2 inches; one complete AR-15 upper receiver with a barrel length of 17 1/2 inches; one complete AR-15 upper receiver with a barrel length of 9 inches; one complete AR-15 upper receiver with a barrel length of 12 inches and four AR-15 compatible style magazines. Following the controlled purchase, ATF SA Eric Anderson took custody of the evidence. The CI and the CI vehicle were searched for contraband with negative results.

### E. September 5, 2018 Firearms Transaction

26. Between August 30, 2018 and September 5, 2018, Julian BURMADO and the CI were in contact to coordinate the exchange of multiple firearms for cash. The CI and BURMADO agreed to meet on September 5, 2018, to make the exchange. Prior to the controlled purchase, SA Eric Anderson searched the CI and the CI vehicle with negative results for contraband. The CI subsequently met with BURMADO at a location in Bakersfield, California. The CI Paid

COMPLAINT AFFIDAVIT

9

BURMADO $4400.00 in prerecorded ATF funds for three complete AR-15 style receivers, shoulder fired weapon configuration, serial numbers unknown; two AR-15 style receivers, pistol configuration, serial numbers unknown; one complete AR-15 upper receiver with barrel length of 11 3/4 inches; one complete AR-15 upper receiver with a barrel length of 11 3/4 inches; one complete AR-15 upper receiver with a barrel length of 9 inches; one complete AR-15 upper receiver with a barrel length of 8 3/4 inches; one complete AR-15 upper receiver with a barrel length of 17 1/2 inches and five AR-15 compatible style magazines. Following the controlled purchase, ATF SA Eric Anderson took custody of the evidence and SA Eric Anderson searched the CI and the CI vehicle with negative results for contraband.

27. On September 19, 2018, SA Eric Anderson requested a Firearms Licensing System (FLS)[10] query to locate and Firearms licenses in the name of Julian BURMADO or the alias Julian Tapia. On September 28, 2018, SA Eric Anderson received the results of the FLS query which confirmed that BURMADO does not possess nor has he requested a license to manufacture or sell firearms.

///
///
///
///
///
///
///
///
///

---

[10] The FLS system is a database controlled by ATF that is a depository for persons who possess Federal Firearms Licenses.

COMPLAINT AFFIDAVIT

10

## IV. CONCLUSION

28. Based upon the foregoing, I submit there is probable cause to believe that Julian BURMADO engaged in the unlawful dealing of firearms without a license, and request issuance of an arrest warrant.

29. I declare under penalty of perjury that the facts contained herein are true and correct to the best of my knowledge and belief.

_____
Eric Anderson
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives,

SWORN TO BEFORE ME AND SUBSCRIBED
IN MY PRESENCE THIS
5th DAY OF NOVEMBER, 2018

_____
Honorable Jennifer Thurston
United States Magistrate Judge

Approved as to form:

/s/ Melanie L. Alsworth
Melanie L. Alsworth
Assistant United States Attorney

COMPLAINT AFFIDAVIT

11

PENALTY SLIP

**MLA**
AUSA Initials

**DEFENDANT:** **JULIAN BURMADO**

**COUNT ONE:**

    **VIOLATION:**            18 USC 922(a)(1)(A)
                                   Unlawfully Dealing and Manufacturing Firearms

    **PENALTY:**              10 year maximum term of imprisonment
                                   $250,000 dollar fine
                                   3 years supervised release
                                   $100 special assessment fee