1   McGREGOR W. SCOTT
    United States Attorney
2   MELANIE L. ALSWORTH
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,            CASE NO.    7: 1 8 CR - 0 0 2 4 4 DAD BAM
11
                          Plaintiff,     VIOLATIONS:  18 U.S.C. § 922(A)(1)(A) –
12                                       ENGAGING IN THE BUSINESS OF DEALING
                    v.                   FIREARMS WITHOUT A LICENSE; 26 U.S.C. §
13                                       5861(D) – POSSESSION OF A FIREARM NOT
    JULIAN BURMADO,                      REGISTERED IN THE NATIONAL FIREARMS
14                                       REGISTRY (5 COUNTS); AND 18 U.S.C. §
                          Defendant.     924(D)(1), 26 U.S.C. § 5872, AND 28 U.S.C. §
15                                       2461(C)- CRIMINAL FORFEITURE
                                         ALLEGATION
16

17

18                        I N D I C T M E N T

19  COUNT ONE:  [18 U.S.C. § 922(a)(1)(A) – Dealing and Manufacturing Firearms Without a License]

20      The Grand Jury charges: T H A T

21                        JULIAN BURMADO,

22  defendant herein, beginning on a date unknown but no later than March 19, 2018, and ending on or

23  about November 6, 2018, in the County of Kern, State and Eastern District of California and elsewhere,

24  did willfully engage in the business of importing, manufacturing and dealing in firearms, not being a

25  licensed importer, licensed manufacturer, and licensed dealer.

26      All in violation of Title 18, United States Code, Section 922(a)(1)(A).

27

28

INDICTMENT                                    1

1  COUNT TWO:          [26 U.S.C. § 5861(d) – Possession of Firearm Not Registered in the National
2                     Firearms Registry]

3      The grand jury further charges: THAT

4                              JULIAN BURMADO,

5  defendant herein, on or about July 5, 2018, in the County of Kern, State and Eastern District of

6  California and elsewhere, did knowingly receive and possess a firearm, to wit, a rifle having a barrel or

7  barrels of less than 16 inches in length, not registered to him in the National Firearms Registration and

8  Transfer Record.

9      All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

10 COUNT THREE:        [26 U.S.C. § 5861(d) – Possession of Firearm Not Registered in the National
11                     Firearms Registry]

12     The grand jury further charges: THAT

13                             JULIAN BURMADO,

14 defendant herein, on or about July 26, 2018, in the County of Kern, State and Eastern District of

15 California and elsewhere, did knowingly receive and possess a firearm, to wit, a rifle having a barrel or

16 barrels of less than 16 inches in length, not registered to him in the National Firearms Registration and

17 Transfer Record.

18     All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

19 COUNT FOUR:         [26 U.S.C. § 5861(d) – Possession of Firearm Not Registered in the National
                       Firearms Registry]

20     The grand jury further charges: THAT

21                             JULIAN BURMADO,

22 defendant herein, on or about August 16, 2018, in the County of Kern, State and Eastern District of

23 California and elsewhere, did knowingly receive and possess a firearm, to wit, a rifle having a barrel or

24 barrels of less than 16 inches in length, not registered to him in the National Firearms Registration and

25 Transfer Record.

26     All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

27

28

INDICTMENT                                          2

1    COUNT FIVE:        [26 U.S.C. § 5861(d) – Possession of Firearm Not Registered in the National
                        Firearms Registry]
2

3           The grand jury further charges: THAT

4                               JULIAN BURMADO,

5    defendant herein, on or about September 5, 2018, in the County of Kern, State and Eastern District of

6    California and elsewhere, did knowingly receive and possess a firearm, to wit, a rifle having a barrel or

7    barrels of less than 16 inches in length, not registered to him in the National Firearms Registration and

8    Transfer Record.

9           All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

10   COUNT SIX:         [26 U.S.C. § 5861(d) – Possession of Firearm Not Registered in the National
                        Firearms Registry]
11

12          The grand jury further charges: THAT

13                              JULIAN BURMADO,

14   defendant herein, on or about October 3, 2018, in the County of Kern, State and Eastern District of

15   California and elsewhere, did knowingly receive and possess a firearm, to wit, a rifle having a barrel or

16   barrels of less than 16 inches in length, not registered to him in the National Firearms Registration and

17   Transfer Record.

18          All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

19   FORFEITURE ALLEGATION:        [18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. §
                                   2461(c) – Criminal Forfeiture]
20

21          The grand jury further alleges that:

22   Upon conviction of the offense alleged in Counts One this Indictment, defendant JULIAN BURMADO

23   shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28,

24   United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing

25   commission of the offense.

26          Upon conviction of the offense alleged in Counts Two through Six of this Indictment, defendant

27   JULIAN BURMADO shall forfeit to the United States pursuant to Title 26, United States Code, Section

28   5872 and Title 28, United States Code, Section 2461(c), any firearm involved in the offense.

1        If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for

2   which defendant is convicted:

3       a.    cannot be located upon the exercise of due diligence;

4       b.    has been transferred or sold to, or deposited with, a third party;

5       c.    has been placed beyond the jurisdiction of the Court;

6       d.    has been substantially diminished in value; or

7       e.    has been commingled with other property which cannot be divided without

8       difficulty;

9   it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as

10   incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of

11   defendant, up to the value of the property subject to forfeiture.

12                                  A TRUE BILL.

13

14                                  **/s/ Signature on file w/AUSA**

15                                  FOREPERSON

16

17   McGREGOR W. SCOTT
    United States Attorney

18

    **KIRK E. SHERRIFF**

19

    KIRK E. SHERRIFF

20   Assistant United States Attorney
    Chief, Fresno Office

21

22

23

24

25

26

27

28