No. _ _ _ _ _ _ _ _ _ _

**FILED**

NOV 0 8 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

JULIAN BURMADO     1: 1 8 CR - 0 0 2 4 4  DAD BAM

## I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. § 922(A)(1)(A) – ENGAGING IN THE BUSINESS OF DEALING
FIREARMS WITHOUT A LICENSE;  ·
26 U.S.C. § 5861(D) – POSSESSION OF A FIREARM NOT REGISTERED IN THE NATIONAL
FIREARMS REGISTRY (5 COUNTS); AND
18 U.S.C. § 924(D)(1), 26 U.S.C. § 5872, AND 28 U.S.C. § 2461(C)- CRIMINAL FORFEITURE
ALLEGATION

*A true bill,*

_ _ _ _ _ _ _ _ _ _ _ /s/ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ _ *, A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

**AS PREVIOUSLY SET**

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ Sheila K. Oberto _ _ _ _ _ _ _

GPO 863 525

AO 257 (Rev. 9/92)

☐ YES:  SAB conflict in USAO (before 01/01/13)   ☐ YES: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY   ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING: Case No.

Name of District Court, and/or Judge/Magistrate Judge Location (City)
EDCA

# Fresno, CA

### OFFENSE CHARGED

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☒ Misdemeanor
☒ Felony

DEFENDANT – – U.S. vs.

▶ JULIAN BURMADO

Address   { 7: 1 8 CR - 0 0 2 4 4 DAD BAM

Birth Date

☐ Male   ☐ Alien
☐ Female   (if applicable)

(Optional unless a juvenile)

Place of offense
County of Kern

U.S.C. Citation
Please see Indictment

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

**ATF / SA Eric Anderson**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

▶ MAGISTRATE JUDGE CASE NO.
5:18-mj-00073-JLT

Name and Office of Person Furnishing Information on
THIS FORM

Sara Thomas

☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Melanie L. Alsworth

☑ ☒ FORFEITURE ALLEGATION

### DEFENDANT

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☒ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes   If "Yes," give date filed
☒ No

Mo.   Day   Year

DATE OF ARREST

Or . . . if Arresting Agency & Warrant were not Federal

Mo.   Day   Year

DATE TRANSFERRED TO U.S. CUSTODY   ⇨

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

Penalties: See Penalty Slip.

PENALTY SLIP

MLA
AUSA Initials

**DEFENDANT:**   **JULIAM BURMADO**

**COUNT ONE:**                                                                 7: 1 8 CR - 0 0 2 4 4  DAD BAM

>   **VIOLATION:**                 18 USC 922(a)(1)(A)
>                                   Unlawfully Dealing and Manufacturing Firearms

>   **PENALTY:**                   5 year maximum term of imprisonment
>                                   $250,000 dollar fine
>                                   3 years supervised release
>                                   $100 special assessment fee

**COUNT TWO THROUGH SIX:**

>   **VIOLATION:**                 26 USC 5861(d)
>                                   Possession of Firearms Not Registered in the
>                                   National Firearms Registry

>   **PENALTY:**                   10 year maximum term of imprisonment
>                                   $250,000 dollar fine
>                                   3 years supervised release
>                                   $100 special assessment fee

**Criminal Forfeiture:**           As stated in indictment