McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00244-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JULIAN BURMADO, | CURRENT DATE: January 11, 2019<br>CURRENT TIME: 2:30 p.m.<br>COURT: Hon. Jennifer L. Thurston |
| Defendant. | |
| | PROPOSED DATE: March 22, 2019<br>PROPOSED TIME: 1:00 p.m.<br>COURT: Hon. Jennifer L. Thurson |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Julian Burmado, by and through defendant's counsel of record, David Torres, hereby stipulate as follows:

1. Defendant Julian Burmado was arraigned on the indictment in the above-captioned matter on November 9, 2018, in the Eastern District of California, Bakersfield Courthouse.

2. At his November 9, 2018 arraignment, this matter was set for a status conference on January 11, 2019, at 2:30 p.m. before United States Magistrate Judge Jennifer L. Thurston. Time was excluded for purposes of the Speedy Trial Act through January 11, 2019.

3. By this stipulation, the parties now moves to continue the status conference until March 22, 2019, at 2:30 p.m. and to exclude time between January 11, 2019, and March 22, 2019, inclusive,

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

4. The parties agree and stipulate, and request that the Court find the following:

    a) On January 3, 2019, Judge Thurston issued an order substituting David Torres as counsel for defendant.

    b) Given that he only recently joined the case, Mr. Torres desires additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with his client.

    c) Counsel has various conflicts in other cases between now and the proposed March 22, 2019 status conference that would not reasonably permit him to try this case any time between now and March 22, 2019.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 11, 2019 to March 22, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the

//
//

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 4, 2019						McGREGOR W. SCOTT
								United States Attorney

								/s/ Angela L. Scott for
								MELANIE L. ALSWORTH
								MELANIE L. ALSWORTH
								Assistant United States Attorney

Dated: January 4, 2019						/s/ per email authorization
								DAVID A. TORRES
								Counsel for Defendant
								JULIAN BURMADO

## [~~PROPOSED~~] FINDINGS AND ORDER

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for January 11, 2019, is hereby vacated and continued to March 22, 2019, at 2:30 p.m. It is further ORDERED that the time period between January 11, 2019, and March 22, 2019, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated: **January 7, 2019**					**/s/ Jennifer L. Thurston**
								UNITED STATES MAGISTRATE JUDGE