MCGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00244 DAD BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JULIAN BURMADO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 17, 2019.

2. By this stipulation, the government and the defendant now move to continue the status conference until May 28, 2019, and to exclude time between May 17, 2019, and May 28, 2019, under Local Code T4.

///

///

///

///

///

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Defense counsel desires additional time to discuss potential resolutions with his client, to prepare pretrial motions, and to conduct investigation and research related to the charges.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 17, 2019 to May 28, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 16, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ MELANIE L. ALSWORTH
MELANIE L. ALSWORTH
Assistant United States Attorney

Dated: May 16, 2019

/s/ DAVID TORRES
DAVID TORRES
Counsel for Defendant
JULIAN BURMADO

## [~~PROPOSED~~] FINDINGS AND ORDER

Based upon the stipulation of counsel, the Court finds that continuance of the status conference is required for defense preparation and to allow the defense to explore resolution of the matter. Based on these needs, the Court finds that good cause exists and the interests of justice outweigh the interests of the public and the defendant in a speedy trial and will exclude time pending the next hearing to May 28, 2019 at 2:30 p.m.

IT IS SO ORDERED.

Dated: **May 17, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE