**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JULIAN BURMADO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-CR-00244 DAD-BAM |
| Plaintiff, | **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |
| vs. | |
| JULIAN BURMADO, | |
| Defendant | |

Defendant, JULIAN BURMADO, hereby waives his appearance in person in open court upon the status conference set for Tuesday, May 28, 2019 of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 5/24/19                                         */s/Julian Burmado*_____
                                                      JULIAN BURMADO


Date: 5/24/19                                         */s/David A. Torres*_____
                                                      DAVID A. TORRES,
                                                      Attorney for Defendant

**ORDER**

Good cause appearing, the Court **ORDERS** that defendant Julian Burmado is hereby excused from appearing at this court hearing scheduled for Tuesday, May 28, 2019.

IT IS SO ORDERED.

Dated: __**May 24, 2019**__                   _____**/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE