1  DAVID A. TORRES AND ASSOCIATES
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (661)326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
   Attorney for:
6  JULIAN BURMADO

7                    UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA, | Case No. 18-CR-00244 BAM-DAD |
11 | Plaintiff, | |
12 | v. | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
13 | JULIAN BURMADO, | |
14 | Defendants. | |

16 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.
17 DROZD AND MELANIE ALSWORTH, ASSISTANT UNITED STATES ATTORNEY:
18     **COMES NOW** Defendant, JULIAN BURMADO, by and through his attorney of record,
19 DAVID A. TORRES hereby requesting that the change of plea hearing currently set for Tuesday,
20 January 21, 2020, be continued to Monday, February 3, 2020.
21     I am currently engaged in a homicide trial in the matter *of People v. Michaele Bowers;*
22 *BF167356A* in the Kern County Superior Court. Counsel is expected to rest their case early next
23 week. I have spoken to AUSA Melanie Alsworth and she has no objection to the continuance.
24     The parties also agree the delays resulting from the continuance shall be excluded in the
25 interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1). Time is to be
26 excluded under the Speedy Trial Act in that good cause exists and that the ends of justice
27 outweigh the interest of the of the public and the defendant in a speedy trial.
28

                                    1

**IT IS SO STIPULATED.**

DATED: January 16, 2020

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
JULIAN BURMADO

DATED: January 16, 2020

*/s/Melanie Alswoth*
MELANIE ALSWORTH
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORERED** that the change of plea hearing set for Tuesday, January 21, 2020 be continued to Monday, February 3, 2020 at 10:00 a.m. Time is excluded until February 3, 2020 in the interest of justice pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (h)(7)(B)(1).

IT IS SO ORDERED.

Dated: **January 16, 2020**

UNITED STATES DISTRICT JUDGE