DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JULIAN BURMADO

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00244 BAM-DAD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| JULIAN BURMADO, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

DROZD AND MELANIE ALSWORTH, ASSISTANT UNITED STATES ATTORNEY:

 **COMES NOW** Defendant, JULIAN BURMADO, by and through his attorney of record,

DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday,

May 11, 2020, be continued to Friday, July 10, 2020.

 I have retained the services of a videographer to prepare a video regarding Mr.

Burmado. Said video will contain comments from his employer and co-workers. Mr. Burmado's

employer who hired Mr. Burmado years ago, is unavailable to meet with our videographer due to

an illness. We spoke to the employer's spouse who indicated he is self-quarantined and under

doctors' care at this time but due to his age, will not meet with anyone. We anticipated

completing the video either late May or early June, depending upon the status of the Covid virus.

I am currently working remotely and am sheltering in Bear Valley Springs. I underwent elective

surgery on March 12, 2020. My surgeon ordered that I remain off work until April 26th. My

1

wife and I decided to shelter in Bear Valley as I contracted pneumonia shortly after surgery, and because of my history having suffered from Valley Fever and bronchitis, my family decided it was best to leave the city of Bakersfield, CA. My wife and I are currently following the mandate of Governor Newson to shelter in place. We also understand that Los Angeles has extended their SIP order to May 15, 2020. As such, apart from my client's position, I believe it is prudent to play it safe and seek a continuance as well for personal health reasons. I have spoken to AUSA Melanie Alsworth and she has no objection to the continuance.

**IT IS SO STIPULATED.**

DATED: April 14, 2020

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
JULIAN BURMADO

DATED: April 14, 2020

*/s/Melanie Alswoth*
MELANIE ALSWORTH
Assistant U.S. Attorney

# ORDER

**IT IS SO ORERED** that the sentencing hearing set for Monday, May 11, 2020 be continued to Monday July 13, 2020 in Courtroom 5.

IT IS SO ORDERED.

Dated: __**April 14, 2020**__

_____
UNITED STATES DISTRICT JUDGE