DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JULIAN BURMADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00244 DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| JULIAN BURMADO, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND MELANIE ALSWORTH, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JULIAN BURMADO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Tuesday, July 14, 2020 be continued to Monday, August 17, 2020.

Sentencing in the above captioned matter was moved by the court to a date of which defense counsel is unavailable for personal reasons. Mr. Burmado does not object to continuing sentencing to August 17, 2020 to accommodate the court and counsel's schedule. In addition, Mr. Burmado does not object to proceeding by way of video teleconference. I have spoken to AUSA Melanie Alsworth and she has no objection to the continuance. Counsel have also agreed to the following Presentence Investigation Referral/Schedule:

| | |
|---|---|
| Formal Objections Filed with Court and Served on Probation and Opposing Counsel | July 27 2020 |

1

| | |
|---|---|
| Reply or Statement of non-opposition | August 10, 2020 |
| Judgment and Sentencing Date | August 17, 2020 |

**IT IS SO STIPULATED.**

DATED: June 30, 2020

> Respectfully Submitted,
> */s/ David A Torres*
> DAVID A. TORRES
> Attorney for Defendant
> JULIAN BURMADO

DATED: June 30, 2020

> */s/Melanie Alswoth*
> MELANIE ALSWORTH
> Assistant U.S. Attorney

## **ORDER**

The sentencing hearing set for Tuesday, July 14, 2020 be continued to Monday, August 17, 2020 and that the Presentence Investigation Referral/Schedule:

| | |
|---|---|
| Formal Objections Filed with Court and Served on Probation and Opposing Counsel | July 27 2020 |
| Reply or Statement of non-opposition | August 10, 2020 |
| Judgment and Sentencing Date | August 17, 2020 |

IT IS SO ORDERED.

Dated: **June 30, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE