1  DAVID A. TORRES AND ASSOCIATES
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (661)326-0857
   Fax: (661)326-0936
4  Email: dtorres@lawtorres.com
5
   Attorney for:
6  JULIAN BURMADO

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              Case No. 18-CR-00244 BAM-DAD

11             Plaintiff,

12        v.                              **STIPULATION AND ORDER TO
                                          CONTINUE SENTENCING HEARING**
13  JULIAN BURMADO,

14             Defendants.

15

16  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

17  DROZD AND MELANIE ALSWORTH, ASSISTANT UNITED STATES ATTORNEY:

18        **COMES NOW** Defendant, JULIAN BURMADO, by and through his attorney of record,

19  DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Tuesday,

20  August 18, 2020 be continued to Tuesday, September 1, 2020.

21        I am currently engaged in a homicide trial in the matter of *People v. Kessinger,*

22  *BF172058A*. I will be engaged in trial on the date the above captioned matter is set for sentencing.

23  AUSA Alsworth and I have agreed to continue the sentencing to September 1, 2020. Counsel for

24  defendant also has a sentencing matter scheduled on the same calendar with AUSA Alsworth

25  (U.S. v. Chris Smith, 18-cr-0071 DAD-BAM).

26

27

28
                                        1

1    **IT IS SO STIPULATED.**

2                                                    Respectfully Submitted,
     DATED: August 12, 2020                          */s/ David A Torres*_____ ___
3                                                    DAVID A. TORRES
                                                     Attorney for Defendant
4                                                    JULIAN BURMADO

5

6
     DATED: August 12, 2020                          */s/Melanie Alswoth*_____
7                                                    MELANIE ALSWORTH
                                                     Assistant U.S. Attorney
8

9

10                              **ORDER**

11

12        **IT IS SO ORERED** that the sentencing hearing set for Tuesday, August 18, 2020 be

     continued to Tuesday, September 1, 2020 at 09:00 a.m.
13

14   IT IS SO ORDERED.

15    Dated:   **August 12, 2020**           _____
                                              UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28